Isabelle KITIAF, as Administratrix of the Goods, Chattels, and Credits of Harry J. Kitiaf, Deceased, Plaintiff-Appellee, v. NEW YORK CENTRAL RAILROAD COMPANY, Defendant-Appellant.

No. 113.

Circuit Court of Appeals, Second Circuit.

Dec. 18, 1933.

Jacob Aronson, of New York City (K. O. Mott-Smith, of New York City, of counsel), for appellant.

Thomas J. O'Neill, of New York City (Jeremiah J. Riordan, of New York City, of counsel), for appellee.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Judgment affirmed.

Andrew KNAPSCHAFER v. UNITED STATES of America.

No. 6446.

Circuit Court of Appeals, Sixth Circuit.

June 29, 1933.

J. F. Denney, of Fort Recovery, Ohio, for appellant.

Lee N. Murlin, Asst. U. S. Atty., of Toledo, Ohio.

PER CURIAM.

Judgment of District Court affirmed.

Israel Bernharth LANDAU, Appellant, v. Ben ACKERMAN, Appellee.

No. 7091.

Circuit Court of Appeals, Fifth Circuit.

Dec. 5, 1933.

Before BRYAN, FOSTER, and SIBLEY, Circuit Judges.

PER CURIAM.

This is an appeal from an order denying a discharge in bankruptcy. The evidence before the District Court is not brought up in the record on file here, and so we are unable to determine whether or not the bankrupt was entitled to be discharged.

The order appealed from is affirmed.